**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**THOMASVILLE DIVISION**

| | | |
|---|---|---|
| ALEX BENTLEY, | * | |
| Claimant, | * | |
| v. | * | CASE NO. 6:04-CV-38 (WLS) |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | * | |
| Defendant. | * | SOCIAL SECURITY APPEAL |

## RECOMMENDATION

Presently pending before the Court is Petitioner's (Claimant's attorney) Motion for Attorney's Fees pursuant to the Equal Justice Act ("EAJA"), 28 U.S.C. § 2412(d). As allowed by the EAJA, Petitioner has filed a motion for attorney fees and costs. Petitioner seeks an award of attorney's fees in the amount of $5,004.92, based upon an hourly rate of $161.78 for 19.9 attorney work hours and $65.00 for 26.7 paralegal work hours, plus $50.00 in expenses. The Defendant has no objection to Claimant's Motion.

WHEREFORE, it is Recommended that Claimant's Motion for Attorney's Fees under EAJA be hereby granted in the amount of $5,004.92. Pursuant to 28 U.S.C. § 636(b)(1), Claimant may serve and file written objections to this recommendation with the UNITED STATES DISTRICT JUDGE within ten (10) days after being served a copy of this recommendation.

**SO RECOMMENDED**, this 1st day of November, 2007.

S/ G. MALLON FAIRCLOTH
UNITED STATES MAGISTRATE JUDGE

eSw