**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
THOMASVILLE DIVISION**

| | |
|---|---|
| ALEX BENTLEY, | : |
| Claimant, | : |
| v. | : 6:04-CV-38 (WLS) |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | : |
| Defendant. | : |

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge G. Mallon Faircloth, filed November 1, 2007. (Doc. 29). It is recommended that Petitioner's (Claimant's attorney) Motion for Attorney's Fees (Doc. 24) be granted. *Id*. The Defendant filed a Response to the Magistrate Judge stating that there is no objection to Petitioner's motion. (Doc. 28). Additionally, no objection to the Report and Recommendation has been filed.

Upon review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 29) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Petitioner's Motion for Attorney's Fees (Doc. 24) is **GRANTED**. Claimant's attorney is awarded attorney fees in the amount of **$5,004.92.**.

**SO ORDERED**, this   13th   day of November, 2007.

  /s/W. Louis Sands
**THE HONORABLE W. LOUIS SANDS,
UNITED STATES DISTRICT JUDGE**

1